UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THEODORE KING and GARY LA BARBERA, :
Trustees of Local 282 International Brotherhood :
of Teamsters Welfare, Pension, Annuity, Job : **ORDER ADOPTING**
Training and Vacation Sick Leave Trust Funds, : **REPORT AND**
: **RECOMMENDATION**
               Plaintiffs, :
:
        -against- : 05-CV-1421 (DLI) (KAM)
:
NEW YORK RECYCLING, INC., :
:
              Defendant. :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      No objections have been filed to the Report and Recommendation of the Honorable Kiyo A. Matsumoto, U.S.M.J. dated March 2, 2006. Accordingly, the Report and Recommendation is hereby adopted in full. It is also hereby

      ORDERED that plaintiff's motion for a preliminary injunction is denied; it is also

      ORDERED that plaintiff be awarded attorneys' fees and costs in the total amount of $4,730.71; it is further

      ORDERED that this case is discontinued. The Clerk of the Court is directed to close the file maintained in this matter and to enter judgment.

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
            March 27, 2006

                                          _____/s/_____
                                              DORA L. IRIZARRY
                                          United States District Judge